# INDEX OF EXHIBITS

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
STACEY D. SCHESSER, State Bar No. 245735
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5774
Fax: (415) 703-5843
Email: Stacey.Schesser@doj.ca.gov

Attorneys for Respondent Acting Warden B. Curry

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SAMUEL R. CONTRERAS,** Petitioner, **v.** **J. DAVIS, et al.,** Respondents. | C07-3611 JF (PR) **INDEX OF EXHIBITS** Judge: The Honorable Jeremy Fogel |

**INDEX OF EXHIBITS**

1. Judgment and Abstract of Judgment
2. December 2005 Transcript of Hearing
3. February 2004 Life Prisoner Evaluation Report
4. July 1994 Court of Appeal Decision
5. Probation Officer Report
6. November 2004 Memo Re Probation Officer's Report
7. May 2005 Life Prisoner Evaluation Report

8. Addendum to Board Report
9. November 2003 Psychological Evaluation
10. February 2007 Superior Court Order
11. March 2007 Court of Appeal Order
12. June 2007 California Supreme Court Order

40212649.wpd
SF2007403365

Index of Exhibits

*Contreras v. Davis*
C07-3611 JF (PR)

2