# EXHIBIT 1

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

DEPT. NV D

BK#1752033
Date: 03-17-93
HONORABLE: SHARI K SILVER JUDGE
M DOYLE Deputy Sheriff

C HERNANDEZ-BUTER, Deputy Clerk
A DEVER, Reporter
(Parties and counsel checked if present)

PA001712
PEOPLE OF THE STATE OF CALIFORNIA
VS
CONTRERAS, SAMUEL

Counsel for Plaintiff: GIL GARCETTI, DISTRICT ATTY. BY B TURNER DEPUTY
Counsel for Defendant: D CALABRIA

NATURE OF PROCEEDINGS PROBATION AND SENTENCE

(Boxes checked if order applicable)

PROBATION DENIED, SENTENCE AS INDICATED BELOW.
Whereas the said defendant having duly BEEN FOUND guilty in this court of the crime of MURDER IN THE SECOND DEGREE SECTION 187(a) PENAL CODE, PLUS SECTION 12022.5(a) PENAL CODE ALLEGATION A FELONY AS CHARGED IN COUNT I OF THE INFORMATION.

It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the State Prison. FOR THE TERM OF 15 YEARS TO LIFE AS TO COUNT I, PLUS 2 YEARS FOR THE ALLEGATION, FOR A TOTAL OF 17 YEARS TO LIFE.

☒ Defendant is given credit for 1776 days in custody (includes 592 days good time/work time).
It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles and delivered by him into the custody of the Director of Corrections at the California State Institution
  ☒ for Men at Chino, California
  ☐ for Women at Frontera, California
  ☐ ..........

ENTERED
JAMES H DEMPSEY
03-17-93
COUNTY CLERK
AND CLERK OF THE SUPERIOR COURT

☒ Remaining count(s) dismissed in interests of justice.
☐ Bail exonerated.

2  76J805A (REV. 7-82) 3-87
C-109

**JUDGMENT**

PINK ORIGINAL TO FILE
WHITE COPY TO MICROFILM
YELLOW COPY TO STATEWIDE DISTRIBUTION
GREEN COPY TO PROBATION EXPEDITER

# ABSTRACT OF JUDGMENT - PRISON COMMITMENT
## INDETERMINATE SENTENCE

FORM CR 292

H-70748

☒ SUPERIOR
☐ MUNICIPAL
☐ JUSTICE

COURT OF CALIFORNIA, COUNTY OF __LOS ANGELES__

BRANCH OR JUDICIAL DISTRICT: __NORTH VALLEY__

COURT (I.D.) 190014  BK#1752033

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: CONTRERAS, SAMUEL
AKA:

☒ PRESENT   PA001712   -A
☐ NOT PRESENT   -B
   -C

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT   08-16-94
AMENDED ABSTRACT ☒   -D / -E

DATE OF HEARING (MO)(DAY)(YR): 03  17  93
DEPT. NO.: NV D
JUDGE: SHARI K SILVER
CLERK: C HERNANDEZ-BUTER
REPORTER: A DEVER
COUNSEL FOR PEOPLE: B TURNER
COUNSEL FOR DEFENDANT: D CALABRIA
PROBATION NO. OR PROBATION OFFICER: X326234

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187(a)** | MURDER 2nd DEG | 89 | 02 | 03 | 93 | X | | | | | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5(a) | 2 | | | | | | | | | 2 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER: List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b), list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 0 |
| | | | | | | | | | | 0 |

4. Defendant was sentenced to State Prison for an indeterminate term:
   A. ☐ For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts _____
   B. ☐ For LIFE WITH POSSIBILITY OF PAROLE on counts _____
   C. ☒ For 15 years to life, WITH POSSIBILITY OF PAROLE on counts __1__
   D. ☐ For 25 years to life, WITH POSSIBILITY OF PAROLE on counts _____
   E. ☐ For other term prescribed by law on counts _____ (Specify term on separate sheet if necessary.)
   PLUS enhancement time shown above.

5. ☐ Indeterminate sentence shown on this abstract to be served ☐ consecutive to ☐ concurrent with any prior incompleted sentence(s).

6. Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. if not shown above)

(Use an additional page if necessary.)

7. ☐ The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
   A. ☒ AT INITIAL SENTENCING HEARING
   B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C. ☐ AFTER REVOCATION OF PROBATION
   D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
   E. ☐ OTHER _____

9. DATE OF SENTENCE PRONOUNCED (MO)(DAY)(YR): 03-17-93
   CREDIT FOR TIME SPENT IN CUSTODY: 1785
   TOTAL DAYS: INCLUDING
   ACTUAL LOCAL TIME: 1191
   LOCAL CONDUCT CREDITS: 594
   STATE INSTITUTIONS: ☐ DMH   ☐ CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED
    ☒ FORTHWITH
    ☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    ☐ CALIF. INSTITUTION FOR WOMEN—FRONTERA
    ☐ WASCO
    ☐ OTHER (SPECIFY)
    ☐ CCWF—CHOWCHILLA
    ☐ SAN QUENTIN
    ☒ CALIF. INSTITUTIONS FOR MEN—CHINO
    ☐ R.J. DONAVAN
    ☐ DEUEL VOC. INST.

CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE
DATE: AUG 17 1994

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Form Approved by the Judicial Council of California
Effective January 1, 1993

ABSTRACT OF JUDGMENT - PRISON COMMITMENT - INDETERMINATE
CR 292
Pen. C. § 1213.5

DISTRIBUTION   PINK COPY—COURT FILE   YELLOW COPY—DEPARTMENT OF CORRECTIONS   WHITE COPY—ADMINISTRATIVE OFFICE OF THE COURTS