# EXHIBIT   3

# LIFE PRISONER EVALUATION REPORT
## SUBSEQUENT PAROLE CONSIDERATION HEARING
## FEBRUARY 2004 CALENDAR

CONTRERAS, SAMUEL                                              H-70748

## I.    COMMITMENT FACTORS:

A.    **Life Crime:** Murder 2nd Degree, PC 187(A); PC 12022.5(a), Los Angeles County
Case #PA001712. Victim: Octaviano Hernandez, age unknown. Inmate
Contreras was received by CDC on 3/30/93. Sentence: 17 years to Life. MEPD:
4/14/01.

1.    **Summary of Crime:** On December 9, 1989 at approximately 11:30 p.m.,
Octaviano Hernandez (victim) went to the 7-11 store located at 12022
Vanowen Street in North Hollywood. He was accompanied by Robert
Cruz and Sebastian Hernandez. Cruz went into the store and Hernandez
stood next to the vehicle. The victim was in the back seat as Contreras, his
co-defendant Arellano, and an unknown suspect walked by the victim.
Co-defendant Arellano stated, "18th Street", and the victim replied,
"Westside Playboys". After this, Contreras and Arellano began attacking
the victim. At some point the defendant shot the victim two times with a
.22 caliber revolver. The victim was transported to Holy Cross Hospital
and was pronounced dead at approximately 3:30 a.m. on December 9,
1989. According to the incident report, the defendant admitted to shooting
the victim after he was booked at the Van Nuys Jail. (POR pages 1-3).

2.    **Prisoner's Version:** "The night in question I was at a party where we had
been drinking and doing drugs for some time. A couple of my friends told
me that they were running out of beer and asked if I could go and buy
some. I agreed and asked them for some money. After they gave me the
money Arellano and Ampora decided to come with me. Moreno and the
other guy Chiquito came along for the ride. We never went there to start a
fight or look for problems. Our plan was to just go and buy beer and
maybe some gum and chips.

I drove to the store and I told my friends to wait in the car because they
were minors and they wouldn't sell me the beer if they were with me.
Norma, Moreno, and Chiquito stayed outside the store by the car while
Arellano and I went into the store to purchase the beer. I paid for the beer
as Arellano walked out ahead of me. As I walked out the door I heard

CONTRERAS, SAMUEL        H-70748              CTF-SOLEDAD          FEB/2004

SENT TO INMATE ON
3-5-04

some screaming and yelling and turned to see what was happening. It looked as if Arellano and Moreno were in a fight. Arellano was getting hit on the head with a bottle and blood was running down the side of his face.

I panicked when I saw what was happening because I was unsure of how many people were involved. I don't know why, but I ran to my car to get my gun to try to stop the fight. When I got there I saw the guy in the other car fighting with one of my friends. I'm not sure where the other guy in the front seat of their car was.

At that point I saw the guy in the back seat of their car trying to get out so I thought that I should stop him before he hurt my friend anymore. I shot once aiming at his leg in an attempt to stop him but he kept on coming so I thought I had missed. I lifted the gun a little higher and fired once more. This time I saw him going back so I looked around and saw my friends getting back into my car. At that point I got into the car and we took off.

I didn't know why the fight started and most of all I never intended to kill this person or to seriously hurt anyone. My intention was to stop the fight. Unfortunately things went a lot further than I anticipated. I know I made a big mistake with my choice of actions and I am deeply sorry that it turned out so bad.

In conclusion I would like to say that if faced with similar circumstances I would have handled the situation much differently and in a more appropriate manner.

I am aware of my mistake and accept the responsibility for my actions. I am sorry for the pain I caused his family, my family, and everyone involved and hope God forgives me and helps me make amends. My plan for the future is to find a job so I may provide for myself and help my family. I would like to go to school and finish my education as well as update my trade skills by getting my state certification as an auto mechanic. I also plan to continue my studies in theology and become a pastor in order to help kids who are in trouble with gangs, drugs, or living on the streets. The most important thing for me is to become the best father I can be for my children as well as become the best husband I could be. I owe a lot to my wife and family for the set back my mistakes have caused our relationship. I feel the greatest thing I can do to make amends is to prove myself as an honest individual who is dedicated to becoming a productive member of society as well as repay everyone I have harmed or hurt in any way. Lastly I would also like to thank anyone that has offered their support and those who believe in me."

3. **Aggravating/Mitigating Circumstances:**

    a. **Aggravating Factors:**

        1. The victim was vulnerable.
        2. Contreras had the opportunity to cease but continued.
        3. The nature of the crime exhibited callousness.
        4. The murder was senseless and served no purpose.
        5. Contreras used a weapon to kill the victim.
        6. Circumstances of the crime created potential for serious injury to others.

    b. **Mitigating Factors:**

        1. Contreras has minimal or no history of criminal behavior.

B. **Multiple Crime(s):** None.

    1. **Summary of Crime:** N/A.

    2. **Prisoner's Version:** N/A.

## II. PRECONVICTION FACTORS:

    A. **Juvenile Record:** Information was not available through the Probation Department. The defendant admits no prior record.

    B. **Adult Convictions and Arrests:** On August 27, 1987, he was arrested by LAPD for VC14601.1A and 12500A VC. He was convicted of driving with a suspended license and for driving without a valid license.

    On July 6, 1989, he was arrested by LAPD for VC14601.1A and VC31. He was convicted of driving with a suspended license.

    On December 13, 1989, he was arrested by LAPD for Murder 2nd. This is the commitment offense.

    C. **Personal Factors:** Contreras' father is deceased. His mother's name is Guadalupe Rivas, who is a 62 year old retired housewife. He has two brothers, Abelardo Contreras, a machinist, and Rafael Contreras, a store manager. He also has a sister, Angelina Ponce, who is a housewife. All of his family reside in the United States. Contreras quit high school in the 11th grade. At the age of 13, he

used "Black Beauties" on a regular basis. He also regularly used alcohol while on this drug. He admits to the past usage of marijuana, PCP, and cocaine but has not used anything since November of 1989. (See POR, page 6 and the Institutional Staff Recommendation Summary dated June 20, 1993.)

III.   **POSTCONVICTION FACTORS:**

A.   **Special Programming /Accommodations:** None.

B.   **Custody History:** Since his last hearing Contreras has remained housed at CTF in the general population. He remained assigned to Vocational Computer Repair until the program was suspended. See Post Conviction Progress Report for details.

C.   **Therapy and Self-Help Activities:** Contreras has done a good job of staying involved in self-help and therapy. He has remained in AA/NA, Anger Management courses, as well as Fatherhood courses. He is also on the waiting list for Lifer Support Groups. Contreras is enrolled in a paralegal course and has completed a communication course through "Criminon". See Postconviction Progress Report for details.

D.   **Disciplinary History:** Contreras has remained disciplinary free.

E.   **Other:** At Contreras' last hearing parole was denied one year and the Board recommended he remain disciplinary free and continue self-help and therapy. Contreras has gone above and beyond what the Board has recommended in preparing for a successful parole.

IV.   **FUTURE PLANS:**

A.   **Residence:** Contreras plans to reside with his wife, Yvette Contreras, at 213 North 4th Street, Montebello California, 90640. The telephone number is (323) 726-9861.

B.   **Employment:** Contreras has a job offer from V & M Machine. He plans to seek employment in the Auto Repair Industry. He will, however, accept any legitimate employment to support himself until he can pursue his business goals.

C.   **Assessment:** There are no foreseeable problems with Contreras' parole plan provided current letters of support are submitted prior to his hearing.

V. **USINS STATUS:** Inmate Contreras has an active USINS hold, A#92140895. He wants to live in the United States where he has lived most of his life.

VI. **SUMMARY:**

A. Considering the commitment offense, prior record, and prison adjustment this writer feels that Contreras would pose a low degree of threat to the public if released at this time. Contreras has done well to take advantage of self-help and therapy offered here at CTF and he has picked up many valuable skills in electronics as well as in computer repair. Contreras has shown deep remorse for his crime and he has matured greatly over the years. I have dealt with Contreras quite extensively over the years and he has always shown respect and patience in our dealings. Housing unit staff said that Contreras is a model inmate who has a good rapport with both staff and inmates alike. Staying actively involved in therapy and self-help and remaining disciplinary free shows that Contreras is concerned with improving himself and has done well to set himself up for a successful parole.

B. Prior to release Contreras could benefit from remaining disciplinary free and staying involved in therapy and self-help.

C. This report is based on an interview with Contreras on 10/8/03 lasting approximately 1 ½ hours and a complete review of the Central File lasting approximately 2 ½ hours.

D. Contreras was afforded the opportunity to examine his Central File, which he did. Refer to CDC 128B dated 10/8/03.

E. No accommodation was required per the Armstrong vs. Davis BPT Parole Proceeding Remedial Plan for effective communication.

BOARD OF PRISON TERMS                                                                STATE OF CALIFORNIA
LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

☒ PAROLE CONSIDERATION HEARING

☐ PROGRESS HEARING

INSTRUCTIONS
    TO CDC STAFF:  DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
    TO BPT STAFF:  FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
    ESTABLISHED, ie., 0-2  MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 8/02 to 2/03 | | | **PLACEMENT:**  Remained at CTF housed in the general population.<br>**CUSTODY:**  MED A.<br>**VOC. TRAINING:**  Continued assignment in Vocational Computer Repair.  Contreras was involved in a special project for the program that entailed the upgrading of 90 computers (128B dated 12/16/02).  CDC 128E's dated 9/30/02 and 12/27/02 reflect satisfactory grades.<br>**ACADEMICS:**  None this period due to being involved in a vocational program.<br>**WORK RECORD:**  None this period.<br>**GROUP ACTIVITIES:**  Participated in the Muslim Development Center's Anger Management Course (CDC 128B dated 9/4/02).  Participated in Alcoholics/Narcotics Anonymous (128B's dated 12/31/02 and 10/1/02). Contreras is on the waiting lists for a Lifer's Group and a Father's Group (CDC 128B dated 10/22/02).  He has also completed a bible study correspondence course.<br>**PSYCH. TREATMENT:**  None.<br>**PRISON BEHAVIOR:**  Disciplinary free this period.<br>**OTHER:**  N/A. |

CORRECTIONAL COUNSELOR'S SIGNATURE
_____ CCI

DATE
1-6-04

CONTRERAS, SAMUEL          H-70748                    CTF-SOLEDAD                    FEB/2004

BPT 1004 (REV 7/86)                    Page _1_

BOARD OF PRISON TERMS

STATE OF CALIFORNIA

CONTINUATION SHEET:  LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 2/03 to 10/03 | | | **PLACEMENT**:  Remained at CTF housed in the general population.<br>**CUSTODY**: MED A.<br>**VOC. TRAINING**:  Continued assignment in Vocational Computer Repair until the program was suspended.  CDC 128E dated 3/26//03 reflects satisfactory grades.  CDC 128B dated 5/23/03 requests retention of Contreras for another year as a Certified Electronics Technician.  Due to numerous situations beyond Contreras' control he was unable to meet the minimum credits for completion of the A+ Certification.<br>**ACADEMICS**:  None this period due to being involved in a vocational program.<br>**WORK RECORD**:  None this period.<br>**GROUP ACTIVITIES**:  Continued involvement in Alcoholics/Narcotics Anonymous (CDC 128B dated 5/6/03).  Completed a "Fatherhood and Anger Management" course (128B dated 4/19/03).<br>**PSYCH. TREATMENT**:  None.<br>**PRISON BEHAVIOR**:  Remained disciplinary free.<br>**OTHER**:  Contreras is enrolled in a paralegal course through Blackstone Career Institute Studies.  He has also completed a communications course through "Criminon". |

ORDER:
- ☐ BPT date advanced by _____ months.
- ☐ PBR date advanced by _____ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed  conditions affirmed.
- ☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

| CONTRERAS, SAMUEL | H-70748 | CTF-SOLEDAD | FEB/2004 |
|---|---|---|---|

BOARD OF PRISON TERMS

STATE OF CALIFORNIA

BPT 1004 (REV 7/86)

# DISCIPLINARY SHEET

## CDC 128A's:

9/21/94            CSP-LAC        Failed to report to assignment.

11/4/93            CSP-LAC        Refused to tuck his shirt in.

## CDC 115's:

5/5/95            CSP-LAC        3006    Possession of Paint.
                                          Guilty: Reduced to a CDC 128-A, Counseled
                                          and reprimanded.

CONTRERAS, SAMUEL        H-70748            CTF-SOLEDAD        FEB/2004

_____ CC  1-6-04
D. Carnazzo                    Date
Correctional Counselor I

_____ CC-II  1-6-04
D. Pherigo                     Date
Correctional Counselor II

_____ FC (A) D. Pherigo  1-6-04
I. Guerra                      Date
Facility Captain

_____ C&PR  1-7-04
D/S. Levorse                   Date
Classification and Parole Representative

CONTRERAS, SAMUEL    H-70748              CTF-SOLEDAD          FEB/2004