# EXHIBIT 6

# Memorandum

Date: November 15, 2004

To: Marvin E. Speed II
Executive Officer

Subject: **CONTRERAS, Samuel**
H-70748
BPT 2004-0142

This investigation was initiated on June 2, 2004, pursuant to a request from a Board of Prison Terms (BPT) panel, comprised of Commissioner B. Welch, and Deputy Commissioner G. Easter. The subject of this investigation is Samuel Contreras, who was a prisoner at Correctional Training Facility Prison at the time of his second subsequent parole consideration hearing. The panel requested that this office obtain a copy of a subsequent Probation Officer's Report (POR) regarding this crime.

The BPT panel noted that the crime was committed in 1989. The POR contained in the inmate's Central File is dated 1990, and that the actual trial took place three years later. The panel believes that the judge ordered another POR on April 13, 1993. Specifically, the panel is looking for additional information regarding "S gang history."

On June 2, 2004, this office contacted the Los Angeles County District Attorney's Office. They advised that the DA's file on this case could not be located. On July 26, 2004, Mr. P. Sparks, attorney of record for Inmate Contreras, was contacted by this office. Since Mr. Sparks believed that there was a subsequent POR, he was asked if he had any information that could aid this investigation. He stated he could not assist, but made reference to the Los Angeles County DA's Office.

On August 16, 2004, this office submitted a written request to the Los Angeles County Center of Records. On November 4, 2004, this office was notified that their file contained six POR documents for the subject case number (PA 001712(NV-"H"). This office was provided with the POR's. Upon reviewing the POR's, it was noted that four were for Contreras and two were for his co-defendants. All POR's referring to Contreras, Exhibits A–D, were compared and they reflect the following information:

| EXHIBIT | HEARING DATE | REPORT TYPE | COMMENTS |
|---|---|---|---|
| A | 7/11/90 | Pre-Conviction | POR Stamped "COURT COPY" "464" and "FILED Los Angeles Superior Court March 17, 1993...." |
| B | 3/17/93 | Pre-Conviction | POR Stamped "FILED Los Angeles Superior Court March 17, 1993...." |
| C | 3/17/93 | Prob/Sent | POR Stamped "COURT COPY" and "477" |
| D | 3/17/93 | Prob/Sent | No Stamp on POR |

CONTRERAS, Samuel
H-70748
BPT 2004-0142

Exhibits A-D are identical in content with the exception of minor hand-written comments on various pages.

This office also reviewed the March 17, 1993 Sentencing Transcript for Contreras (found in the Board Packet prepared for the May 19, 2004, parole consideration hearing). The reader is referred to the following pages in the Sentencing Transcript:

Page 2, Lines 25-28:

**The Court:** "All right. Thank you. We are here for sentencing. We have received a new probation report on sentencing. That is hand dated 3-17-93. I have read that one."

Page 3, Lines 4-5:

**The Court:** . . ."We also have the older report dated 7-11-1990."

Page 4, Lines 3-5:

**The Court:** . . ."The Court has read and considered both probation reports: The current one hand dated 3-17-93 and the older one dated 7-11-1990."

As evidenced from the above citations taken from the sentencing transcript, two POR's were used by the court during the sentencing hearing on March 17, 1993. However, our investigation into this matter determined there was no difference in the content of the POR's dated 1990 and 1993, and more specifically, no additional information regarding Contreras' gang history.

This office will request that CTF present our investigative report to the BPT panel at Contreras' next appearance.

REVIEWED BY:

LINDA HOWELL
Senior Investigator

DAVID McAULEY
Chief of Investigations

cc: D. Levorse, C&PR, CTF