# EXHIBIT 7

COPY TO INMATE ON
1-27-05

## LIFE PRISONER EVALUATION REPORT
## SUBSEQUENT PAROLE CONSIDERATION HEARING
## MAY 2005 CALENDAR

**CONTRERAS, SAMUEL**                                                                 **H70748**

I.   **COMMITMENT FACTORS:**

  A.   **Life Crime:** Remain the same as stated in previous hearings.

   1.   **Summary of Crime:** All relevant documents have been considered and that information remains the same with the exception of the following; the summary of the crime in the POR states that Contreras beat the victim prior to the shooting. Documents from the Court of Appeals state that, although Contreras did shoot the victim, he was not involved in the beating.

   2.   **Prisoner's Version:** All relevant documents have been considered and that information remains the same.

   3.   **Aggravating/Mitigating Circumstances:**

   a.   **Aggravating Factors:** In review of DOM Section 62090.1.1 in regards to the aggravating factors from previous Board Reports it was determined that the following aggravating circumstances should be eliminated;

   1. The victim was particularly vulnerable. DOM states that this would apply if there was an issue with the victim's age or physical or mental status.
   2. Contreras had the opportunity to cease but continued. This would apply if Contreras was involved in the beating of the victim but due to the aforementioned change in the summary of the crime this no longer applies.
   3. The murder was senseless and served no purpose. According to DOM this would apply if the crime was committed after another crime.

   b.   **Mitigating Factors:**

   1. Contreras has minimal criminal history.

CONTRERAS, SAMUEL        H70748                    CTF-SOLEDAD                    MAY/2005

    B.    **Multiple Crime(s):** N/A.

        1.    **Summary of Crime:** N/A.

        2.    **Prisoner's Version:** N/A.

II.    **PRECONVICTION FACTORS:**

    A.    **Juvenile Record:** All relevant documents have been considered and that information remains the same.

    B.    **Adult Convictions:** All relevant documents have been considered and that information remains the same.

    C.    **Personal Factors:** All relevant documents have been considered and that information remains the same with the exception of Contreras' mother passing away in 1994.

III.    **POSTCONVICTION FACTORS:**

    A.    **Special Programming/Accommodations:** N/A.

    B.    **Custody History:** All relevant documents have been considered and that information remains the same. Since his last board appearance Contreras has been assigned to the Vocational Computer Repair Program where he currently remains assigned. He has remained at CTF in the general population with MED A custody. Contreras has continued to improve himself by taking courses in business, finance, and employment transition through Valley Adult School.

    C.    **Therapy and Self-Help Activities:** Documents from previous hearings remain valid. Since that time Contreras has continued his participation in Alcoholics/Narcotics anonymous which is verified by a number of laudatory chronos which are located in the C-File. He has also stayed actively involved in Bible study courses through Crossroads Bible Institute and the CEF Mailbox Club. Contreras also participated in parenting and learning improvement courses through Criminon.

    D.    **Disciplinary History:** Documents from previous hearings remain valid. Contreras continues to remain disciplinary free.

CONTRERAS, SAMUEL    H70748    CTF-SOLEDAD    MAY/2005

  E. **Other:** Contreras attended his Subsequent #2 Parole Consideration Hearing on 5/19/04. Parole was denied for 1 year. The Board recommended that he remain disciplinary free, participate in self-help programs, and earn positive chronos. Contreras has done a good job of doing what the Board recommended in that he has stayed disciplinary free, remained assigned to Vocational Computer Repair, earned Laudatory chronos from his vocational instructor, and continued self study courses in Bible studies, parenting, and business.

IV. **FUTURE PLANS:**

  A. **Residence:** All relevant documents have been considered and that information remains the same.

  B. **Employment:** All relevant documents have been considered and that information remains the same.

  C. **Assessment:** In review of Contreras' parole plans, this counselor does not foresee any problems provided support letters are submitted prior to his hearing.

V. **USINS STATUS:** Contreras has an active USINS hold #A92140895.

VI. **SUMMARY:**

  A. Prior to release the prisoner could benefit from:
    1. Remaining disciplinary free.
    2. Continuing participation in self-help and therapy programs.
    3. Completing the Vocational Computer repair program.

  B. This report is based upon a thorough review of Contreras' Central File and a (1) hour interview with Contreras on 1/12/05.

  C. Per the Olsen Decision, Contreras was afforded an opportunity to review his Central File. (Refer to CDC 128B dated 1/12/05 in the General Chrono Section of the Central File).

  D. No accommodation was required per the Armstrong vs. Davis BPT Parole Proceedings Remedial Plan (ARP) for effective communication.

CONTRERAS, SAMUEL H70748  CTF-SOLEDAD MAY/2005

_____D. _____ CCI_____ 1-21-05____
D. Carnazzo                         Date
Correctional Counselor I


_____J. Soares_____ 1-21-05____
J. Soares                           Date
Correctional Counselor II


_____I. Guerra FCAP_____ 1-25-05____
I. Guerra                           Date
Facility Captain


_____D. Levorse C&PR_____ 1-25-05____
D. S. Levorse                       Date
Classification and Parole Representative


CONTRERAS, SAMUEL       H70748              CTF-SOLEDAD              MAY/2005

BOARD OF PRISON TERMS
STATE OF CALIFORNIA
LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

☒ PAROLE CONSIDERATION HEARING

☐ PROGRESS HEARING

**INSTRUCTIONS**
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 10/03 to 2/04 | | | **PLACEMENT**: Remained housed at CTF in the General Population. **CUSTODY**: Medium A. **VOC. TRAINING**: None this period. **ACADEMICS**: None this period. **WORK RECORD**: None this period. **GROUP ACTIVITIES**: Continued participating in Alcoholics/Narcotics Anonymous laudatory chronos dated 9/30/03 and 12/31/03. **PSYCH. TREATMENT**: None this period. **PRISON BEHAVIOR**: Disciplinary free this period. **OTHER**: Contreras continued his involvement in Bible Study courses through the Crossroads Institute. He has completed courses through Valley Adult School in business as well as parenting and learing improvement courses through Criminon. |

CORRECTIONAL COUNSELOR'S SIGNATURE
_[signature]_ CCI

DATE 1-21-05

CONTRERAS    H70748    CTF-SOLEDAD    MAY/2005

BPT 1004 (REV 7/86)    Page _1_

BOARD OF PRISON TERMS                                                                                          STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 2/04 to 2/05 | | | **PLACEMENT:** Remained housed at CTF in the General Population. **CUSTODY:** Medium A. **VOC. TRAINING:** Assigned to Vocational Computer on 7/13/04 where he currently remains assigned. CDC 101's dated 8/25/04, 9/28/04 and 12/29/04 reflect satisfactory scores. Laudatory chrono dated 11/9/04. **ACADEMICS:** Contreras completed a course entitled Business Principle and Management. Certificate of completion located in the Miscellaneous Section of C-File. **WORK RECORD:** None this period due to his participation in a vocational program. **GROUP ACTIVITIES:** Continued participation in Alcoholics/Narcotics Anonymous. Laudatory chronos dated 4/1/04, 6/30/04, 9/30/04 and 12/31/04. Contreras successfully completed a course through CLN in employment. 128B dated 10/15/04. Contreras is currently enrolled in a course which will assist him in helping others to stay off of drugs. **PSYCH. TREATMENT:** None this period. **PRISON BEHAVIOR:** Disciplinary free this period. **OTHER:** In addition to Bible study, business, parenting, and learning improvement courses, Contreras completed additional courses through the CEF mailbox entitled "A Country Called Heaven" and "The Life of Christ". |

ORDER:
- ☐ BPT date advanced by ____ months.
- ☐ PBR date advanced by ____ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

- ☐ Schedule for Progress Hearing on appropriate institutional calendar

CONTRERAS                   H70748                        CTF-SOLEDAD                          MAY/2005

BOARD OF PRISON TERMS                                                                                          STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                          Page _2_