# EXHIBIT 8

# ADDENDUM TO BOARD REPORT

**CONTRERAS**　　　　　　　　　　　　　　　　　　　　　　　　　H70748

This Addendum is being submitted as a supplement to Contreras' Board Report as some of his courses and certificates were left out of previous Board Reports. He has completed the following courses and should be included in the Self Help and Academic section of his previous reports.

1. Learning Improvement Course – (6/15/05).
2. Success from the Inside Out Series Transition Job Success – (8/15/05).
3. Business Principles and Management – (8/15/04).
4. Great Truths of the Bible – (9/1/04).
5. Success from the Inside Out Transition Employment – (10/15/04).
6. The Successful Parenting Skills – (10/18/04).
7. Introduction to Business – (12/9/04).
8. The Handling Drug Course – (2/15/05).
9. Legal Assistant Paralegal Course – (3/15/05).
10. Economic Education for the Consumer – (7/9/05).
11. The Personal Integrity Course – (8/1/05).

_____   12-8-05
J. Lozada                        Date
Correctional Counselor I


_____ CCII    12-8-05
D. Carnazzo                    Date
Correctional Counselor II


_____ FC    12-8-05
I. Guerra                    Date
Facility Captain


_____ C&PR    12-9-05
D. S. Levorse                  Date
Classification and Parole Representative


CONTRERAS            H70748            CTF-SOLEDAD

BOARD OF PRISON TERMS
STATE OF CALIFORNIA

## LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

☒ PAROLE CONSIDERATION HEARING

☐ PROGRESS HEARING

**ADDENDUM**

**INSTRUCTIONS**
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 2/05 to 10/05 | | | **PLACEMENT:** Contreras remains at CTF II housed with the general population.<br>**CUSTODY:** His custody is Medium A.<br>**VOC. TRAINING:** He is assigned in Vocational Computer Repair Student.<br>**ACADEMICS:** None this period.<br>**WORK RECORD:** None this period.<br>**GROUP ACTIVITIES:** Contreras is an active participant in Alcoholics Anonymous.<br>**PSYCH. TREATMENT:** None this period.<br>**PRISON BEHAVIOR:** He is disciplinary free this period and his behavior is viewed as conforming.<br>**OTHER:** None. |

| CORRECTIONAL COUNSELOR'S SIGNATURE | DATE |
|---|---|
| *[signature]* | 10/18/05 |
| CONTRERAS    H70748    CTF-SOLEDAD | |

COPY TO INMATE ON
10-24-05

BPT 1004 (REV 7/86)

_____  _____
J. Lozada                                    Date  10/18/05
Correctional Counselor I

_____  _____
D. Carnazzo          CCII (A)                Date  10-19-05
Correctional Counselor II

_____  _____
I. Guerra                                    Date  10-19-05
Facility Captain

_____  _____
D.S. Levorse         C&PR                    Date  10/20/05
Classification and Parole Representative

CONTRERAS                    H70748                    CTF-SOLEDAD

BPT 1004 (REV 7/86)