# EXHIBIT 9

PSYCHOLOGICAL EVALUATION FOR THE BOARD OF PRISON TERMS
(REVISED AUGUST 1998)
PAROLE CONSIDERATION HEARING
FEBRUARY 2004 LIFER CALENDAR

CORRECTIONAL TRAINING FACILITY, SOLEDAD
NOVEMBER 26, 2003

This is an updated psychological evaluation for an evaluation previously completed on 01/06/00 by Dr. Terrini. This is for the Board of Prison Terms on inmate Samuel Contreras, CDC# H-70748. This report is based upon a personal clinical interview of the inmate, conducted on 11/26/03, as well as a review of his Central file and unit health record. This clinical interview and a review of all pertinent documents were for the express purpose of preparing this report.

## PSYCHOSOCIAL ASSESSMENT

I. **IDENTIFYING INFORMATION:**

Inmate Contreras is a 39-year-old, Hispanic male whose date of birth is 10/10/64. He is a Mexican citizen and bilingual. He came to the United States when he was six years old with his parents. His stated religious preference is Christian. He has an amputated distal portion of his left index finger. He reported having used the nickname of "Oso" previously.

II. **DEVELOPMENTAL HISTORY:**

There is no significant change from the psychological evaluation of 2000.

III. **EDUCATIONAL HISTORY:**

In addition to the 2000 psychological evaluation, inmate Contreras stated that he obtained his GED in 2001. He notes that he currently is taking a paralegal course and a business management course through the mail.

IV. **FAMILY HISTORY:**

There is no significant change from the psychological evaluation of 2000.

V. **PSYCHOSEXUAL DEVELOPMENT AND SEXUAL ORIENTATION:**

There is no significant change from the psychological evaluation of 2000.

VI. **MARITAL HISTORY:**

There is no significant change from the psychological evaluation of 2000.

CONTRERAS        H-70748        CTF-CENTRAL        11/26/03        gmj

CONTRERAS, SAMUEL
CDC NUMBER: H-70748
BPT PSYCHOLOGICAL EVALUATION
PAGE TWO

VII. **MILITARY HISTORY:**

There is no significant change from the psychological evaluation of 2000.

VIII. **EMPLOYMENT/INCOME HISTORY:**

In addition to the 2000 psychological evaluation, inmate Contreras reported that, in 1998, he became certified in auto mechanics. He noted further that, in 1996, he became certified in graphic arts. He has worked for 2.5 years in computer repair.

IX. **SUBSTANCE ABUSE HISTORY:**

There is no significant change from the psychological evaluation of 2000.

X. **PSYCHIATRIC AND MEDICAL HISTORY:**

In addition to the 2000 psychological evaluation, inmate Contreras has hypertension. He currently is taking medications for this condition.

XI. **PLANS IF GRANTED RELEASE:**

If granted parole, inmate Contreras hopes to go to college to complete courses in computer technology, and to later seek employment in this area. During this time, he hopes to work as an auto mechanic. No other changes from the 2000 psychological evaluation are noted.

## CLINICAL ASSESSMENT

XII. **CURRENT MENTAL STATUS/TREATMENT NEEDS:**

During the clinical interview, inmate Contreras was alert and oriented to person, place and time. He was well dressed and groomed. His speech was articulate and contextually meaningful. His mood and affect were within normal limits, and his behavior was appropriate to the setting. No evidence of a mood or thought disorder was demonstrated. His estimated level of intellectual functioning was within the average range.

**CURRENT DIAGNOSTIC IMPRESSIONS (DSM-IV):**

AXIS I:     Polysubstance Abuse, in sustained full remission in a controlled environment.
AXIS II:    No Contributory Personality Disorder.
AXIS III:   Hypertension.

CONTRERAS          H-70748          CTF-CENTRAL          11/26/03          gmj

CONTRERAS, SAMUEL
CDC NUMBER: H-70748
BPT PSYCHOLOGICAL EVALUATION
PAGE THREE

      In addition to attending Alcoholics Anonymous, inmate Contreras has attended a number of other self-help groups. In 2003, he completed a Parenting Class. In 2002, he completed both a Lifers' Group with Dr. Fishback, and an Anger Management Group. This inmate does appear to have profited from his active participation in these groups.

XIII.  **REVIEW OF LIFE CRIME:**

      Inmate Contreras described the circumstances surrounding his commitment offense, involving Second Degree Murder.

      Consistent with the previous record, he described how he was getting alcohol while attending a party, in which 18th Street gang members were also present. He said that he went to a liquor store with an 18th Street gang member, and that while in the store a gang confrontation developed outside in which fighting ensued. The inmate said his friend was hit in the head with a bottle. He subsequently got his handgun from the car and began shooting the victim in order to defend his friend. The victim subsequently died of the gunshot wounds.

      Inmate Contreras did note that he was intoxicated at the time of the instant offense. He empathically described the damage done to the victim, the damage done to the victim's son (who was then seven years old), and the victim's wife and parents. He also insightfully discussed causative factors related to the instant offense. He noted both his significant drug abuse and his friendship with gang members (which he described as a culture of violence). Inmate Contreras does appear to be genuinely penitent for his crime.

XIV.  **ASSESSMENT OF DANGEROUSNESS:**

    A.    His risk for violent behavior within a controlled setting is considered to be average relative to this level II inmate population. This conclusion is based upon several factors.

          On the one hand, he has no record of a significant juvenile criminal history. Also, in this writer's opinion, he does not appear to have a history of gang affiliation. However, he did have friendships with gang members, and appeared to have been influenced by the gang culture. His adult record includes a reckless driving offense in 1987, and having his license revoked in 1989, being convicted of a DUI.

          On the other hand, however, there is substantial evidence supporting a prediction of nonviolence for this individual. He came to the U.S. as a six-year-old with his parents from Mexico. He appears to be fluent, both in English and Spanish. To his credit, he obtained his GED in 2001, and is currently taking additional courses through the mail. He became certified with employable skills, including auto mechanics, graphic arts, and

CONTRERAS     H-70748     CTF-CENTRAL     11/26/03     gmj

CONTRERAS, SAMUEL
CDC NUMBER: H-70748
BPT PSYCHOLOGICAL EVALUATION
PAGE FOUR

      computer repair skills. He has also attended successfully a number of self-help groups and appears to have profited from these groups. He also has received no disciplinaries for substance abuse while in prison. Importantly, he has never received a significant CDC-115 disciplinary during his entire ten years' incarceration within CDC. While he has received three 128 disciplinaries, they are minor offenses, and he has not received a minor offense disciplinary in eight years. Most importantly, he has never received a disciplinary for violent behavior during his ten years completed within CDC.

      Two additional psychological assessments were completed during the clinical interview. Results from the HCR-20 suggest a low prediction of violence for this inmate within a controlled setting relative to this inmate II population. Results from the Hare Psychopathy Checklist, Short Version, do not suggest the presence of sociopathy.

      Therefore, in light of these factors, his prediction for future violence is low compared to this level II inmate population in the prison setting.

    **B.**    If released to the community, clinically assessed, his violence potential is considered to be no higher than that of the average citizen in the community if he remains substance abuse free.

    **C.**    Substance abuse is a significant risk factor which could be a precursor to violence for this individual.

**XV.**    <u>**CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS:**</u>

    1.    This inmate is competent and responsible for his behavior. He has the capacity to abide by institutional standards, and has largely done so during his incarceration.

    2.    This inmate does not have a mental health disorder which would necessitate treatment, either during his incarceration period or following upon parole.

    3.    This inmate does appear to have a significant substance abuse history, and continued participation both within a drug abuse program, both during his incarceration, and as a contingency for parole, is suggested.

*[signature: Joe Reed]*

JOE REED, Ph.D.
Staff Psychologist
**CORRECTIONAL TRAINING FACILITY, SOLEDAD**

CONTRERAS      H-70748      CTF-CENTRAL      11/26/03      gmj

CONTRERAS, SAMUEL
CDC NUMBER: H-70748
BPT PSYCHOLOGICAL EVALUATION
PAGE FIVE

*[signature]*, Ph.D.

**B. ZIKA, Ph.D.**
Senior Supervising Psychologist
**CORRECTIONAL TRAINING FACILITY, SOLEDAD**

JR/gmj

D: 11/26/03
T: 12/10/03