# EXHIBIT 10

1

2

3

4

5

6

7

8

9

10

**FILED**

Los Angeles Superior Court

FEB 1 4 2007

John A. Clarke, Executive Officer/Clerk

By _____, Deputy

JOSEPH M. PULIDO, S.C.C.
233219

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

11

In re,                              ) Case No.: BH003946

12

SAMUEL CONTRERAS,          ) ORDER RE: WRIT OF HABEAS CORPUS

13

        Petitioner,                )

14

        On Habeas Corpus         )

15

_____)

16

      The Court has read and considered petitioner's Writ of Habeas Corpus filed on April 6,

17

2006.  Having independently reviewed the record, giving deference to the broad discretion of the

18

Board of Parole Hearings ("Board") in parole matters, the Court concludes that the record

19

contains "some evidence" to support the Board's finding that petitioner is unsuitable for parole.

20

(See Cal. Code Regs., tit. 15, §2402; *In re Rosenkrantz* (2002) 29 Cal.4th 616, 667 (hereafter

21

*Rosenkrantz*).)

22

      Petitioner was received into custody on March 30, 1993 for a conviction of second degree

23

murder with the use of a firearm.  He is serving a term of 15 years to life plus two years with a

24

minimum parole eligible date of April 14, 2001.  The record reflects that on December 19, 1989,

25

petitioner drove to a 7 Eleven store to purchase beer with some friends, some of whom were

26

gang members.  A gang-related altercation ensued between petitioner's group of friends and

27

another group of individuals.  After petitioner's friend was hit in the head with a bottle, petitioner

28

EP                                              1

1    went to his vehicle to retrieve his gun and shot the victim twice in the abdomen, causing his

2    death.

3        The record reflects that the Board found petitioner unsuitable for parole after a parole

4    consideration hearing held on December 15, 2005. The Board denied petitioner parole for two

5    years. The Board concluded that petitioner was unsuitable for parole and would pose an

6    unreasonable risk of danger to society and a threat to public safety if released from prison. The

7    Board based its decision on several factors, including his commitment offense. The Court finds

8    that there is some evidence to support the Board's finding that the offense was carried out in a

9    dispassionate and calculated manner. (See Cal. Code Regs., tit. 15, § 2402, subd. (c)(1)(B).)

10        The record further reflects that the Board also relied on several additional factors in

11    denying petitioner parole at this time, and there is some evidence to support that decision. There

12    is some evidence that petitioner is unsuitable due to petitioner's unstable social history and

13    petitioner's lack of remorse, as demonstrated by petitioner's lack of understanding of the nature

14    and magnitude of his crime. (See Cal. Code Regs., tit. 15, § 2402, subds. (d)(9) and (d)(3).) The

15    Board was acting within its authority when it considered petitioner's various preconviction and

16    postconviction factors, yet concluded that he would pose an unreasonable threat to public safety.

17    (See Pen. Code § 3041(b).)

18        Accordingly, the petition is denied.

19

20    Date: __2/14/07__

21

22                                         STEVEN VAN SICKLEN

                                     Judge of the Superior Court

23

24    Clerk to give notice.



25

26

27

28

1 | **Send copy of order to:**

2 | Samuel Contreras
  | H-70748
3 | Correctional Training Facility
  | P.O. Box 689
4 | Soledad, CA 93960

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES** | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Clara Shortridge Foltz Criminal Justice Center<br>210 West Temple Street<br>Los Angeles, CA 90012 | **FILED**<br>Los Angeles Superior Court<br><br>FEB 15 2007<br><br>John A. Clarke, Executive Officer/Clerk<br>By _Joseph Pulido_ , Deputy<br>JOSEPH M. PULIDO, SCC |
| PLAINTIFF/PETITIONER:<br><br>SAMUEL CONTRERAS | |
| **CLERK'S CERTIFICATE OF MAILING**<br>CCP, § 1013(a)<br>Cal. Rules of Court, rule 2(a)(1) | CASE NUMBER:    233210<br>BH003946 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that this date I served:

- [ ] Order Extending Time
- [ ] Order to Show Cause
- [ ] Order for Informal Response
- [ ] Order for Supplemental Pleading

- [x] Order re: Writ of Habeas Corpus
- [ ] Order
- [ ] Order re:
- [ ] Copy of

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to the cause. I served this document by placing true copies in envelopes addressed as shown below and then by sealing and placing them for collection; stamping or metering with first-class, prepaid postage; and mailing on the date stated below, in the United States mail at Los Angeles County, California, following standard court practices.

February 15, 2007
DATED AND DEPOSITED

JOHN A. CLARKE, Executive Officer/Clerk

By: _Joseph M. Pulido_ , Clerk
    Joseph M. Pulido

Samuel Contreras
H-70748
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960