# EXHIBIT 11

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

COURT OF APPEAL · SECOND DIST.
**FILED**
MAR 2 1 2007
JOSEPH A. LANE, Clerk
D. NOLAN, Deputy Clerk

| In re | B197206 |
|---|---|
| SAMUEL CONTRERAS | (Super. Ct. Nos. PA001712 & BH003946) |
| on | |
| Habeas Corpus. | (Steven R. Van Sicklen, Judge) |

**ORDER**

THE COURT:

The court has read and considered the petition for writ of habeas corpus, filed March 8, 2007. The petition is denied. The record submitted reflects some evidence to support the challenged decision. (*In re Dannenberg* (2005) 34 Cal.4th 1061, 1071, 1080; *In re Rosenkrantz* (2002) 29 Cal.4th 616, 664-665.) Petitioner's request for judicial notice is also denied.

_____  _____  _____
TURNER, P.J.            MOSK, J.            KRIEGLER, J.

A