# EXHIBIT 12

# CALIFORNIA APPELLATE COURTS
### Case Information

**Supreme Court**

Change court

Court data last updated: 01/28/2008 10:53 AM

Case Summary    Docket    Briefs
Disposition    Parties and Attorneys    Lower Court

## Docket (Register of Actions)

**CONTRERAS (SAMUEL) ON H.C.**
**Case Number S151461**

| Date | Description | Notes |
|---|---|---|
| 03/28/2007 | Petition for review filed | Samuel Contreras, petitioner in pro per |
| 04/03/2007 | Record requested | via email |
| 04/04/2007 | Received Court of Appeal record | |
| 05/18/2007 | Time extended to grant or deny review | The time for granting or denying review in the above-entitled matter is hereby extended to and including June 26, 2007, or the date upon which review is either granted or denied. |
| 06/13/2007 | Petition for review denied | |

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California