# EXHIBIT 12

Court of Appeal, Second Appellate District, Div. 5 - No. B197206
S151461

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re SAMUEL CONTRERAS on Habeas Corpus

The petition for review is denied.

SUPREME COURT
**FILED**

JUN 1 3 2007

Frederick K. Ohlrich Clerk

_____
Deputy

**GEORGE**
_____
Chief Justice