1 | Samuel Contreras
CDC # H-70748
2 | P.O. Box 689/F-119-Low
Soledad, CA 93960
3
4 | In pro se

FILED
FEB 25 PM 12: 54

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

12 | In re:                          Case no. CV 07-3611 JF (PR)

13 |     SAMUEL R. CONTRERAS         PETITIONER'S TRAVERSE TO
                                     RESPONDENT'S RETURN TO
14                                   PETITION FOR WRIT OF HABEAS
         on habeas corpus.  /        CORPUS; POINTS AND AUTHORITIES

18                    COVER SHEET

Samuel Contreras
CDC # H-70748
P.O. Box 689/F-119-Low
Soledad, CA 93960

In pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:                                Case no. CV 07-3611 JF (PR)

SAMUEL R. CONTRERAS              PETITIONER'S TRAVERSE TO
                                 RESPONDENT'S RETURN TO
                                 PETITION FOR WRIT OF HABEAS
   on habeas corpus.  /          CORPUS; POINTS AND AUTHORITIES

TRAVERSE

Petitioner, proceeding pro se, hereby submits a TRAVERSE TO RESPONDENT'S RETURN, following this Court's Order to Show Cause, dated Dec. 4, 2007. Petitioner admits, denies, and alleges to Respondent's allegations as follows:

I

Petitioner expressly re-alleges each and every factual contention made in his Petition and accompanying Memorandum and Exhibits previously filed and served and incorporates them by reference as though fully set forth herein

II

Petitioner denies allegations contained in ¶ 1 and submits that he is being unlawfully held by Respondents. His Minimum Eligible Parole Date (MEPD) was on 4-14-01, and with custody credits he has served more than the minimum for FIRST DEGREE;

III

Petitioner admits allegations contained in ¶ 2;

IV

Petitioner denies allegations contained in ¶ 3 and submits that the lay opinions stated at the hearing do not apply here;

V

Petitioner admits the allegations contained in ¶ 4 but submits that these allegations are taken from matters that tragically transpired almost 20 years ago and are unchangable facts that have lost their viability to predict future behavior;

VI

Petitioner admits allegations contained in ¶ 5;

VII

Petitioner admits allegations contained in ¶ 6;

VIII

Petitioner admits allegations contained in ¶ 7;

IX

Petitioner admits allegations contained in ¶ 8 and submits that these same reasons here support his suitability and further, that these allegations were known to the various psychologists who have testified that Petitioner is NOT a current threat to public safety nor a risk to the community;

X

Petitioner admits allegations contained in ¶ 9;

XI

Petitioner admits allegations contained in ¶ 10 and submits that immaturity and drug use are common among families of this nature and even prevalent where a lack of role models exists and the very fact the panel inserted their lay opinions and in effect overruled their OWN expert witness is illuminating;

XII

Petitioner admits allegations contained in ¶ 11;

XIII

Petitioner denies allegations contained in ¶ 12 and submits that the lay opinions stated at the hearing do not apply here and further, that while it is mandated that P.C. § 3042 Notices be sent to these same parties it is unsworn hearsay and, as such, is not evidence having indicia of reliabiity;

XIV

Petitioner admits allegations contained in ¶ 13;

XV

Petitioner denies allegations contained in ¶ 14 and submits that this was an unreasonable application of suitability factors;

XVI

Petitioner denies allegations contained in ¶ 15 and submits that he has fully exhausted any impediment to federal review;

XVII

Petitioner admits allegations contained in ¶ 16;

XVIII

Petitioner denies allegations contained in ¶ 17 and submits that Respondents are fully versed in the knowledge that a federal AND state liberty interest exists in behalf of Petitioner and that they acknowledge as much by citing Sass, at p. 5 of the Return but only acknowledge federal court precedent when it suits their cant and are being duplicious;

XIX

Petitioner denies allegations contained in ¶ 18 and submits the salient fact Respondents equate federally-protected liberty interests with a prison disciplinary matter is bereft of logic and not only does the court have jurisdiction but this allegation smacks of usurpation of the Court's prerogatives;

XX

Petitioner denies allegations contained in ¶ 19 and Irons v. Carey (9th Cir. 2007 [Irons II]) 479 F.3d 658, 662; 505 F.3d 846, 853 [Irons III], as well as In re Dannenberg (Cal.App. 6 Dist. 2007) 68 Cal.Rptr.3d 188, 196; In re Hayward (9th Cir. 2008) 2008 DJDAR 93, 95, sustains this to the nth degree;

(Paragraphs 20 and 21 are absent from the Return);

XXIII

Petitioner denies allegations contained in ¶ 22 and submits that only an evidentiary hearing can fully resolve the rights alleged by Petitioner to have been abridged by Respondents;

-4-

XXIV

Petitioner denies allegations contained in ¶ 23 and submits <u>Irons</u>, <u>Sass</u>, <u>Hayward</u>, <u>Dannenberg</u>, supra, have certainly established there are grounds for relief and that these matters are being more fully resolved in numerous state and federal courts and the resolution is not theirs to make and should not be seriously entertained when this Court hasn't yet ruled nor held an evidentiary hearing as warranted;

Except as expressly admitted or submitted herein, Petitioner denies each and every allegation contained in Respondent's Return and respectfully submits the meritorious points raised in his Petition and Traverse is dispositive and worthy of due consideration prayed for and justly warranted.

Accordingly, Petitioner prays that the writ be granted and all relief prayed for therein be Ordered.

Respectfully submitted this 21st day of February, 2008.

_Samuel C. R_
Samuel Contreras, pro se

## PROOF OF SERVICE BY MAIL

(C.C.P. §§1013A, 2015.5)

STATE OF CALIFORNIA )
) SS. In re: Samuel R. Contreras, on habeas corpus
COUNTY OF MONTEREY )

I, __WILLIAM WALKER__, am a resident of the State of California, County of Monterey. I am over the age of 18 years and I ~~am~~ am not a party to the within action.

My business/residence address is P.O. Box 689, Soledad, California, 93960-0689.

On __February 21__, 20__08__, I served the foregoing:

__PETITIONER'S TRAVERSE TO RESPONDENT'S RETURN TO PETITION FOR WRIT OF HABEAS CORPUS WITH POINTS AND AUTHORITIES THEREON__

on the parties listed below by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at Soledad, California, addressed as follows:

California Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

There is regular delivery service by the U.S. Postal Service between the place of mailing and the places so addressed.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __21st__ day of __February__, 20__08__, at Soledad, California.

/S/ __William Walker__

WALKER/E72558
Bx 689/F.120.Up
Soledad, CA 93960



Confidential Legal Mail

U.S. District Court
Northern District Clerk
450 Golden Gate Av.
San Francisco, CA
94102